# UNITED STATES DISTRICT COURT

for the
Western District of Washington

**AMEENA HUSSAIN, on behalf of herself and all others similarly situated**

*Plaintiff*

v.

**EMORTGAGE FUNDING, LLC**

*Defendant*

Civil Action No. 2:26-cv-02881-SKV

## AFFIDAVIT OF SERVICE

I, Michal Price, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to EMORTGAGE FUNDING, LLC in Oakland County, MI on August 17, 2026 at 5:28 pm at 320 E Big Beaver Rd, Ste 400, Troy, MI 48083-1272 by leaving the following documents with Melody J. (refused last name) who as Manager is authorized by appointment or by law to receive service of process for EMORTGAGE FUNDING, LLC.

CLASS ACTION COMPLAINT

CIVIL COVER SHEET
Notice of Electronic Filing
SUMMONS IN A CIVIL ACTION
Race: Middle Eastern, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.5607083333,-83.1398388333
Photograph: See Exhibit 1

Total Cost: $194.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Wayne County
,
MI on 8/19/2026 .

/s/ Michal Price
Signature
Michal Price
+1 (248) 229-7128




Exhibit 1a)