**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AMEENA HUSSAIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMORTGAGE FUNDING, LLC,<br><br>Defendant. | No. 2:26-cv-02881-SKV<br><br>Honorable Judge S. Kate Vaughan<br><br>STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT'S TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br><u>Noting Date</u><br>Monday, September 14, 2026 |

PURSUANT TO Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Ameena Hussain and Defendant eMortgage Funding, LLC hereby respectfully move for a brief extension of Defendant eMortgage Funding, LLC's deadline to answer, move, or otherwise respond to the Complaint.

Defendant was served in this matter on August 17, 2026. Defendant's current deadline to respond to the Complaint is September 14, 2026. Defendant has advised Plaintiff, through its Illinois counsel, that Defendant is in the process of retaining local counsel admitted to practice before this Court so that its Illinois counsel may seek admission pro hac vice. Defendant has

therefore requested an extension of its deadline to answer, move, or otherwise respond to the Complaint through **October 14, 2026**. Plaintiff does not oppose the requested extension.

This is the first request for an extension of time to respond to the Complaint. This extension will not affect any other deadlines in the case.

THEREFORE, for the reasons stated above, the parties request that the Court enter an Order extending Defendant's deadline to answer or otherwise respond to the Complaint to **October 14, 2026.**

RESPECTFULLY SUBMITTED this 14th day of September, 2026.

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

*/s/ Nathan H. Lichtenstein*
Nathan H. Lichtenstein (*pro hac vice* forthcoming)
Khoa D. Trinh (*pro hac vice* forthcoming)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 W. Washington St., Suite 2800
Chicago, IL 60606
(312) 755-3177
ktrinh@agdglaw.com
nlichtenstein@agdglaw.com

*Counsel for Defendant eMortgage Funding, LLC*

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, certify that on September 14, 2026, I caused the foregoing to be transmitted by electronic mail (e-mail) to the following counsel of record:

Nathan H. Lichtenstein (*pro hac vice* forthcoming)
Khoa D. Trinh (*pro hac vice* forthcoming)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 W. Washington St., Suite 2800
Chicago, IL 60606
(312) 755-3177
ktrinh@agdglaw.com
nlichtenstein@agdglaw.com

DATED this 14th day of September, 2026.

Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com