**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AMEENA HUSSAIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMORTGAGE FUNDING, LLC,<br><br>Defendant. | No. 2:26-cv-02881-SKV<br><br>Honorable Judge S. Kate Vaughan<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT'S TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>Noting Date<br>Monday, September 14, 2026 |

**ORDER**

PURSUANT TO the stipulated motion for an extension for Defendant eMortgage Funding, LLC's to answer, move, or otherwise respond to the Complaint, as filed on September 14, 2026, Defendant's deadline to answer or otherwise respond to the Complaint is extended to October 14, 2026.

IT IS SO ORDERED.

DATED this _____ day of September, 2026.

______________________________________
HONORABLE JUDGE S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, certify that on September 14, 2026, I caused the foregoing to be transmitted by electronic mail (e-mail) to the following counsel of record:

Nathan H. Lichtenstein (*pro hac vice* forthcoming)
Khoa D. Trinh (*pro hac vice* forthcoming)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 W. Washington St., Suite 2800
Chicago, IL 60606
(312) 755-3177
ktrinh@agdglaw.com
nlichtenstein@agdglaw.com

DATED this 14th day of September, 2026.

Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611