**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AMEENA HUSSAIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMORTGAGE FUNDING, LLC,<br><br>Defendant. | No. C26-2881-SKV<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br><u>Noting Date</u><br>Monday, September 14, 2026 |

## **<u>ORDER</u>**

The stipulated motion for an extension for Defendant eMortgage Funding, LLC's to answer, move, or otherwise respond to the Complaint, as filed on September 14, 2026, Dkt. 6, is GRANTED. Defendant's deadline to answer or otherwise respond to the Complaint is extended to October 14, 2026.

DATED this 14th day of September, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com