THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEENA HUSSAIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMORTGAGE FUNDING, LLC,<br><br>Defendant. | Case No. 2:26-cv-02881-SKV<br><br>**NOTICE OF APPEARANCE** |

TO: CLERK OF THE COURT;

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Todd T. Williams and Mark Rutherford of Corr Cronin LLP hereby enter an appearance in the above-entitled proceeding on behalf of eMortgage Funding, LLC ("Defendant"). Without waiving any objections, including as to improper service, venue, or jurisdiction, all further pleadings or notices of any nature whatsoever, except original process, in this case may be served upon Defendant by delivering a copy thereof to the undersigned at the address below.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

*/s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032

*/s/ Mark Rutherford*
Mark Rutherford, WSBA No. 57519

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
twilliams@corrcronin.com
mrutherford@corrcronin.com

*Attorneys for Defendant*