THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEENA HUSSAIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMORTGAGE FUNDING, LLC,<br><br>Defendant. | Case No. 2:26-cv-02881-SKV<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

**THIS MATTER** came before the Court on Defendant's Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (the "Motion"). The Court, having considered the pleadings and papers filed by the parties and all other matters properly before this Court,

It is **HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion is GRANTED.

DATED this ____ day of ______________________, 2026.

______________________________
HONORABLE S. KATE VAUGHAN
United States District Judge



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*/s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032
Mark Rutherford, WSBA No. 57519
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
twilliams@corrcronin.com
mrutherford@corrcronin.com

Nathan H. Lichtenstein (*pro hac vice forthcoming*)
Khoa D. Trinh (*pro hac vice forthcoming*)
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
(312) 755-3148 (telephone)
(312) 828-9635 (facsimile)
Email: nlichtenstein@agdglaw.com
ktrinh@agdglaw.com

*Attorneys for Defendant*