UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEENA HUSSAIN,<br><br>Plaintiff(s),<br><br>v.<br><br>EMORTGAGE FUNDING LLC,<br><br>Defendant(s). | CASE NO. 2:26−cv−02881−LK<br><br>STANDING ORDER FOR ALL CIVIL CASES |

This Order sets forth the procedures that govern all civil cases assigned to this Court. The procedures supplement the Federal Rules of Civil Procedure and Local Civil Rules of the United States District Court for the Western District of Washington. In the event there is an inconsistency between the Local Civil Rules and this Order, the terms of this Order control.

The terms of this Order will have the force and effect of orders of the Court from this date forward. If the case was previously assigned to a different District Judge, these procedures replace those that have previously controlled, but only as to filings and hearings from this date forward. Failure to comply with this Order may result in sanctions.

ORDERED this Tuesday, October 20,2026.

Lauren King
United States District Judge