THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEENA HUSSAIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMORTGAGE FUNDING, LLC,<br><br>Defendant. | No. 2:26-cv-02881-LK<br><br>**WORD COUNT CERTIFICATION REGARDING DEFENDANT EMORTGAGE FUNDING, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Pursuant to Local Civil Rule 7(e)(6), counsel certifies that Defendant eMortgage Funding, LLC's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 15) contains 3219 words, excluding the portions exempted by the applicable rules. The Motion to Dismiss contains no overlength portions.

DATED this 22nd day of October, 2026.

*/s/ Mark Rutherford*

Todd T. Williams, WSBA No. 45032
Mark Rutherford, WSBA No. 57519
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600
twilliams@corrcronin.com
mrutherford@corrcronin.com

*/s/ Nathan H. Lichtenstein*

Nathan H. Lichtenstein (*pro hac vice* forthcoming)
Khoa D. Trinh (*pro hac vice* forthcoming)
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St., Suite 2800
Chicago, IL 60606
(312) 755-3177
ktrinh@agdglaw.com
nlichtenstein@agdglaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on October 22, 2026, and was served via the Court's CM/ECF system on all counsel of record.

DATED: October 22, 2026.

*/s/ Mark Rutherford*
Mark Rutherford, WSBA No. 57519



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900